UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK KELSO, et al.,<br><br>　　　　Defendants. | No. ED CV 17-0592-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff filed objections to the Report and Recommendation, which led to this Court granting Plaintiff an additional extension of time, until August 25, 2017, to file his Second Amended Complaint. See Dkt. 22. That continued deadline has since passed, and Plaintiff has not filed a Second Amended Complaint. Dismissal without prejudice for lack of prosecution is appropriate and warranted.

///

///

///

IT IS HEREBY ORDERED that:
1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case without prejudice.

December 3, 2017.

Dated: _____

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge