JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CLARK KELSO, et al.,<br><br>　　　　Defendants. | No. ED CV 17-0592-SJO (DFM)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 3, 2017

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge